In re MARRIAGE OF Kathleen
MILLS and Robert Mills.

Kathleen MILLS,
Petitioner/Respondent/Cross–Appellant,

v.

Robert MILLS,
Respondent/Appellant/Cross–Respondent.

Nos. 66899, 67107.

Missouri Court of Appeals,
Eastern District,
Division Five.

Oct. 24, 1995.

Susan M. Hais, Hais & Carmody, P.C., St. Louis, for Kathleen Mills.

Michael C. Walther, Walther & Roberts, Clayton, Rochelle A. Kaskowitz, St. Louis, for Robert Mills.

Before CRANE, C.J., SIMON, J., and CHARLES B. BLACKMAR, Senior Judge.

*ORDER*

PER CURIAM.

Both parties appeal from the trial court's judgment in a dissolution case. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron,* 536 S.W.2d 30, 32 (Mo.1976).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. The parties have been furnished with a memorandum opinion, for

their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).